# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141829

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DANIEL G. MIKOLASIK and PAMELA
MIKOLASIK,
  Plaintiffs-Appellants,

v

JOANNE C. KANTROW and CITIZENS
INSURANCE,
  Defendants,

and

FARMERS INSURANCE EXCHANGE,
  Defendant-Appellee.

SC: 141829
COA: 292005
Macomb CC: 2008-000281-NI

_____/

On order of the Court, the application for leave to appeal the August 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

p0131